**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:08cr75 LAC

MARK A. O'HAIR,
 RICHARD SCHALLER, and
THEODORE S. SUMRALL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___February 5, 2009___
Motion/Pleadings:_ MOTION TO UNSEAL SUPERSEDING INDICTMENT___
Filed by _GOVERNMENT_____ on _2/5/09_____ Doc.# _15_____

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

                                    WILLIAM M. McCOOL, CLERK OF COURT

_____
LC (1 OR 2)                    _s/Mary Maloy_____
                              Deputy Clerk: Mary Maloy

# _ORDER_

*Upon   consideration   of   the   foregoing,   it   is   ORDERED   this   5ᵗʰ   day   of*
*February, 2009, that:*

*(a)  The relief requested is **GRANTED.***

*(b)*  _____
_____
_____

                                    _s/L.A. Collier_____
                                   *LACEY A. COLLIER*
                      *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.